THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN McTOOTLE, Appellant.

Argued October 14, 1954; decided December 2, 1954.

*Harold F. Strohson* for appellant.

*Frank A. Gulotta, District Attorney* (*Henry P. De Vine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.